UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

NANCY MARLENI DAUN,

Plaintiff,

- against -

BOB'S DISCOUNT FURNTIURE, LLC,

Defendant.

Civil Action #: 2:25-cv-6513

**NOTICE OF**
**<u>REMOVAL</u>**

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:**

Defendant BOB'S DISCOUNT FURNITURE, LLC ("Defendant"), by its attorneys, GOLDBERG SEGALLA, LLP, upon information and belief, respectfully petitions the Court, pursuant to 28 U.S.C. 1441, as follows:

<u>Commencement of the Action</u>

1. On or about July 7, 2025, the above-captioned civil action was commenced and is now pending in the Supreme Court of the State of New York, County of Suffolk. A trial has not yet been had therein. A copy of plaintiff's Summons and Complaint is annexed as **Exhibit "A".** The nature of the action is personal injury arising out of an alleged trip and fall accident.

2. On August 1, 2025, the undersigned interposed an answer on behalf of defendant, a copy of which is annexed hereto as **Exhibit "B."**

<u>Citizenship and Removability</u>

3. This action is removable to this court under 28 U.S.C. Section 1441, in that the amount in controversy exceeds the sum of seventy-five thousand dollars, exclusive of interest and costs, the citizenship of the parties is completely diverse, defendant is not a citizen of New York, and this notice is filed within 30 days of defendant receiving notice of the amount in controversy.

GOLDBERG SEGALLA LLP
**Mailing Address:**
**P.O. Box 780, Buffalo, NY 14201**
Office Location:
200 Garden City Plaza, Suite 520
Garden City, NY 11530

4. The citizenship of the parties was at the time the complaint was filed and is now completely diverse under 28 U.S.C. section 1332(a) in that plaintiff is a citizen of and currently domiciled in the State of New York. *See* **Exhibit "A,"** Complaint, ¶¶1. Defendant Bob's Discount Furniture, LLC is a Massachusetts limited liability company, with BDF Acquisition Corp. as its sole member. BDF Acquisition Corp. is incorporated in the State of Delaware with its principal place of business of 434 Tolland Turnpike, Manchester, Connecticut 06040. Therefore, there is complete diversity between the parties.

5. On November 20, 2025, there was an email conversation between plaintiff's counsel Joseph S. Rosato, Esq. and the undersigned regarding the amount in controversy. In the email, Mr. Rosato states that the amount in controversy is $2,200,000. A copy of Mr. Rosato's email is annexed hereto as **Exhibit "C."**

6. The action is removed to this court. As of the date of this petition for removal, no request for judicial intervention has been served, there has been no preliminary conference, but plaintiff served state court discovery responses. A copy of plaintiff's bill of particulars is annexed hereto as **Exhibit "D."** No depositions have been held.

**WHEREFORE** Defendant prays that the above-captioned action now pending in the Supreme Court in the State of New York, County of Suffolk, be removed therefrom to this Honorable Court, that this Court accept jurisdiction of this action, and that this action be placed on the docket of this Court for all further proceedings as though this action had been originally instituted in this Court.

**PLEASE TAKE FURTHER NOTICE**, defendant respectfully requests a trial by jury of this action pursuant to Fed. R. Civ. P. 38(d).

Dated: Garden City, New York
November 24, 2025

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

By; ______________________________

Gavin C. Fields, Esq. (GF -3706)
*Attorneys for Defendant*
*BOB'S DISCOUNT FURNITURE, LLC*
200 Garden City Plaza, Suite 520
Garden City, New York 11530
**Mailing Address:**
**P.O. Box 780**
**Buffalo, NY 14201**
Phone: (516) 281-9800
Fax: (516) 281-9801
GS File No.: 1711.0033
gfields@goldbergsegalla.com

TO: **THE ROSATO FIRM, PC**
Joseph Rosato, Esq.
55 Broadway, 23rd Floor
New York, New York 10006
(212) 344-8800
(212) 344-8808 (fax)
jrosato@roasatofirm.com
farida@rosatofirm.com