# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---------------------------------------------------------------x

NANCY MARLENI DAUN,

Plaintiff/Petitioner,

- against -

BOB'S DISCOUNT FURNITURE, LLC,

Index No. 617617/2025

Defendant/Respondent.

---------------------------------------------------------------x

**NOTICE OF ELECTRONIC FILING**
**(Mandatory Case)**
(Uniform Rule § 202.5-bb)

**You have received this Notice because:**

1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
**You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

**If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The **benefits of participating in e-filing** include:

- serving and filing your documents electronically
- free access to view and print your e-filed documents
- limiting your number of trips to the courthouse
- paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: 7/7/2025

Matthew A. Sosnik, Esq.
Name
Law Offices of Matthew A. Sosnk, PC
Firm Name

150 Motor Parkway, Ste 203
Hauppauge, NY 11788
Address

631-667-0444
Phone

stephanie@sosniklaw.com
E-Mail

To: BOB'S DISCOUNT
FURNITURE LLC

2/24/20

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

Index No.:

-----------------------------------------------------------------------X

NANCY MARLENI DAUN,

Plaintiff,

-against-

BOB'S DISCOUNT FURNITURE, LLC,

Defendant.

-----------------------------------------------------------------------X

Plaintiff designates SUFFOLK County as the place of trial.

The basis of venue is
Place of accident

**SUMMONS**

Plaintiff resides
11 Fort Hill Road
Hampton Bay, NY 11946

County of Suffolk

To the above -named Defendants:

YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the date of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Hauppauge, New York
July 7, 2025.

Yours, etc.,

Matthew A Sosnik

MATTHEW A. SOSNIK, ESQ.
LAW OFFICE OF MATTHEW A. SOSNIK
Attorneys for Plaintiff/NANCY MARLENI DAUN
150 Motor Parkway, Suite 203
Hauppauge, New York 11788
631-667-0444

TO: BOB'S DISCOUNT FURNITURE, LLC
1858 Old Country Road
Riverhead, NY 11901

CORPORATE HEADQUARTERS
428 Tolland Tpke
Manchester, CT 06042-1765

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---------------------------------------------------------------------X

NANCY MARLENI DAUN,

Index No.:

Plaintiff,

-against-

**VERIFIED COMPLAINT**

BOB'S DISCOUNT FURNITURE, LLC,

Defendant.

---------------------------------------------------------------------X

Plaintiff, **NANCY MARLENI DAUN**, by her attorneys, **THE LAW OFFICE OF MATTHEW A. SOSNIK, ESQ.**, complaining of the Defendants, respectfully alleges, upon information and belief:

1. At all times herein mentioned, the plaintiff, **NANCY MARLENI DAUN** was and continues to be a resident of the County of Suffolk, State of New York.

2. At all times herein mentioned, upon information and belief, on June 17, 2023, the defendant, **BOB'S DISCOUNT FURNITURE, LLC** was and is a domestic liability corporation duly organized and existing under and by virtue of the laws of the State of New York.

3. At all times herein mentioned, upon information and belief, on June 17, 2023, the defendant, **BOB'S DISCOUNT FURNITURE, LLC** was and is a foreign liability corporation duly organized and existing under and by virtue of the laws of the State of New York.

4. At all times herein mentioned, upon information and belief, on June 17, 2023, the defendant, **BOB'S DISCOUNT FURNITURE, LLC** was and is a domestic limited liability corporation duly organized and existing under and by virtue of the laws of the State of New York.

5. At all times herein mentioned, upon information and belief, on June 17, 2023, the defendant, **BOB'S DISCOUNT FURNITURE, LLC** was and is a foreign limited liability corporation duly organized and existing under and by virtue of the laws of the State of New York.

6. At all times herein mentioned, upon information and belief, on June 17, 2023, defendant, **BOB'S DISCOUNT FURNITURE, LLC** owned and/or leased the premises known as 1858 Old Country Road, Riverhead, NY 11911.

7. At all times herein mentioned, upon information and belief, on June 17, 2023, defendant, **BOB'S DISCOUNT FURNITURE LLC**, maintained the premises known as 1858 Old Country Road, Riverhead, NY 11911.

8. At all times herein mentioned, upon information and belief, on June 17, 2023, defendant, **BOB'S DISCOUNT FURNITURE LLC**, managed the premises known as 1858 Old Country Road, Riverhead, NY 11911.

9. At all times herein mentioned, upon information and belief, on June 17, 2023, defendant, **BOB'S DISCOUNT FURNITURE LLC**, inspected the premises known as 1858 Old Country Road, Riverhead, NY 11911.

10. At all times herein mentioned, upon information and belief, on June 17, 2023, defendant, **BOB'S DISCOUNT FURNITURE LLC**, supervised the premises known as 1858 Old Country Road, Riverhead, NY 11911.

11. At all times herein mentioned, upon information and belief, on June 17, 2023, defendant, **BOB'S DISCOUNT FURNITURE LLC**, operated the premises known as 1858 Old Country Road, Riverhead, NY 11911.

12. At all times herein mentioned, upon information and belief, on June 17, 2023, defendant, **BOB'S DISCOUNT FURNITURE LLC**, controlled the premises known as 1858 Old Country Road, Riverhead, NY 11911.

11. At all times herein mentioned, upon information and belief, on June 17, 2023, defendant, **BOB'S DISCOUNT FURNITURE LLC**, owned, leased, maintained, managed, inspected, supervised, operated and controlled the premises known as 1858 Old Country Road, Riverhead, NY 11911.

12. That at all times herein mentioned on June 17, 2023, the plaintiff, **NANCY MARLENI DAUN**, was a lawful patron at the premises known as 1858 Old Country Road, Riverhead, NY 11911.

13 That at all times herein mentioned on June 17, 2023, the plaintiff, **NANCY MARLENI DAUN**, was caused to be violently precipitated to the ground when she slipped and fell on rugs which were improperly placed, secured and maintained by the defendant at the premises known as 1858 Old Country

Road, Riverhead, NY 11911.

14. The plaintiff, **NANCY MARLENI DAUN**, sustained severe and permanent injuries as a result of her slip and fall on June 17, 2023.

15. The occurrence was a direct result of the negligence of the defendants and/or their agents, servants, representatives, employees and/or licensees in the ownership, operation, management, maintenance and control of the premises.

16. That the aforesaid occurrence was caused wholly and solely by reason of the negligence of the defendants without any fault or negligence on the part of the plaintiff contributing thereto.

17. Plaintiff, **NANCY MARLENI DAUN**, was caused to sustain serious injuries and to have suffered pain, shock and mental anguish; these injuries and their effects will be permanent; and as a result of said injuries, Plaintiff has been caused to incur, and will continue to incur, expenses for medical care and attention; and, as a further result, plaintiff was and will continue to be, rendered unable to perform plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

18. That by reason of the foregoing, Plaintiff, **NANCY MARLENI DAUN**, was damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHERFORE,** Plaintiff demands judgment against the defendants herein, in a sum exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with costs and disbursements of this action.

Dated: Hauppauge, NY
July 7, 2025.

Yours etc.,

Matthew A Sosnik

LAW OFFICE OF MATTHEW A. SOSNIK
Attorney for Plaintiff/NANCY MARLENI DAUN
150 Motor Parkway, Suite 203
Hauppauge, NY 11788
631-667-0444

# VERIFICATION

STATE OF NEW YORK)
) ss:
COUNTY OF Suffolk)

Nancy Marieni Daun, duly sworn, deposes and says, that he/she is the Plaintiff in the within action; that he/she has read the foregoing SUMMONS AND COMPLAINT and knows the contents thereof; that the same is true of he/her own knowledge, except as to those matters therein stated to be alleged upon information and belief, and as to those matters he/she believes them to be true.

[signature]

Sworn to before me this
7th day of July, 2025

[signature]
Notary Public

STEPHANIE DENARO
Notary Public, State of New York
Reg. No. 01HE6379528
Qualified in Suffolk County
Commission Expires 8/20/2026